U.S. DISTRICT COURT
FILED AT WHEELING, WV
APR -9 2012
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK
1:11-CV-93

From: KEITH RUSSELL JUDD For President of USA 2012 - - FEC#C00302919
P.O. Box 7000, #11593-051   www.fec.gov
Texarkana, Texas, 75505   1-800-424-9530

To: UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
1125 Chapline Street, Suite 1000
P.O. Box 471
Wheeling, West Virginia, 26003



### GAME-OVER ECONOMICS ......

The current economic situation in the United States, and in the Global Economy, is like a game of Monopoly that should have ended a long time ago.

In the popular board game of Monopoly, the Bank has a set and specific amount of money in it. Each Player receives the same equal amount of money from the Bank to start the Game. On the roll of the dice or spin of the dial, the Players move around the board, and may land on un-owned property which may then be purchased, and then Houses or Hotels may be purchased for the property. If a Player lands on a square that is property of another Player; rent must be paid. Players may land on Chance Squares, in which they draw a card with a cost or benefit, or they may draw a Go To Jail card, and must stay in Jail for two turns, and may not pass Go, and may not collect $200.00 payment each Player receives for passing Go.

Eventually, due to Chance and good or bad business decisions, Players go Bankrupt, out of Money and Property, and must drop-out of the Game, until the last Player Wins, unless time requires calculation of total worth to determine a Winner.

The Game has been over a long time ago in the Economy of the United States, upon which the Global Economy is patterned and depends on.

In the current Game-Over Economics, the Wealthy Player has kept the Game going by loaning Money to the Bank and other Players, at high interest rates. The Bank is broke and contains only Money borrowed from the Wealthy Player. The other Players are broke, and are operating on Money borrowed from the Wealthy Player.

We cannot continue this way any longer. **The Game is Over !!** Resently we are told that the Economy is doing better, but credit debt is up.

When Wall Street went Bankrupt, the Federal Government took multi-billions of Tax Payers' Dollars $ to Bail-Out Wall Street, so that Banks would have Money to loan out so that the Tax Payers have: Money to spend to keep the Economy going. This Economy works only on borrowed Money. This is Economic Slavery.

If you do the math, we are always moving backwards. Money has to be loaned so that Money can be spent. But there is interest and penalties to be paid on the loaned Money, so that the Economy always creeps back to disaster. Then another Bail-Out must be passed to keep the Game going just a little bit longer.

This kind of Class struggle between the Wealthy Class and the Poor and Working Class is at break-point to collapse and Revolution. This is Game-Over Economics, and the Game is Over now.

When the Economy drops, the Federal Reserve System lowers the Prime Lending Rate of interest so that it is cheaper to borrow Money. This is supposed to inject more spendable Money into the Economy. However, this is Credit Debt Economy.

**OVER**

The Wealthy Class own all the Money and hold Title to all the Property. The Donald Trumps and Rush Limbaughs of Society will not let loose of their Money. They are in a Game of Power to take Money from another Wealth Player.

The Working Class is relegated to only Machinery, and the Poor Class is Trash, to be disposed-of or eliminated, or at least segregated from normal Society. The Go To Jail card is used to **Criminalize Poverty**, an **abortion** cuts down on Trash.

When new home construction continued to drop, the Wealth Class had Government back and buy loans to get people into Homes way above their income making ability, with low down payments, and little or no security or collateral. In the long run, the ever receding Credit Debt Economy would drive these Home Loans into Default. Then Wall Street and the Big Banks needed Government Bail-Outs, which come from Taxing the Working Class of the Credit Debt income.

But the real problem with new Home Construction was that the Market was saturated. The solution was to increase the Market for new Homes, which translates into Jobs for the Poor, and increased wages and benefits for the Working Class.

Under the Constitution, **"WE THE PEOPLE"** are the Boss, and the Constitution is the operating system for government to serve the People. However, the Wealthy Class have taken over control of the Government for service to the Wealthy Class only.

Under the Constitution, Article I, Section 8, Congress has the Power and Duty to coin Money, regulate the Value thereof, and of foreign coin, and fix the Standard of Weights and Measures. But Congress fails to regulate the Value of Money. When the cost of Oil goes up, the Value of the Dollar goes down, and so on. In order for Congress to regulate the Value of Money; Congress must regulate the cost of living; meaning the cost of Oil, the cost of food, the cost of products and labor.

When there is an incident or unrest in the Middle East, the price of Oil goes up, and the Value of Money goes down. In the interest of National Security, we cannot allow foreign countries to regulate and lower the Value of our Money. However, under Article I, Section 8 of the Constitution, Congress has the Power and Duty to Regulate Commerce with foreign Nations, and among the several States and with the Indian Tribes. All Congress has to do is to fix the price of imported Oil. That's it. Of course the Wealthy Class will object to this, as they profit when the rise in foreign Oil prices allows domestic producers to raise their prices.

Under Article I, Section 8 of the Constitution, Congress has the Power and Duty to secure for a limited times to Authors and Inventors, the exclusive Right to their respective Writings and Discoveries. But CHINA has been allowing mass theft of Patents and Copyrights:- and the United States continues to make Trade Agreements with CHINA. The United States must force CHINA to enforce Patents and Copyrights:- and pay-back to the Owners.

## ELIMINATION OF ELECTRONIC MONEY

The Constitution requires Congress to **coin Money**. However, most of the Money is now Electronic Money, and there is no physical coin or paper certificates. Now, Money is just changing numbers from one account to another account. There is no actual physical transfer of anything. Look here for a lot of corruption.

## THE GAME IS OVER

The Game is Over, and Game-Over Economics must now come to an end. It is time to change the Rules, and start up a New Game. The Banks must close, and then coin new Money. The price of Oil and Food and Products and Labor must be set at a fixed level so that the Value of Money is actually Regulated. This will create stability. We will now regulate Commerce, rather than letting Commerce regulate us.

No longer will the Wealthy Class run the Government. WE THE PEOPLE will now take back control of Government and require it to serve all the People.

DECLARATION OF INDEPENDENT THOUGHT,

*[signature: Keith Judd]*

Witness my Seal -- -- -- -- -- -- --   KEITH RUSSELL JUDD For President of USA 2012

**1.**

**(7)**

| | | | | **(8)** | |
|---|---|---|---|---|---|
| (202) 268-7004 | (213) 965-3998 | (801) 524-5796 | (202) 898-7930 | (205) 731-1359 | (512) 463-1733 |
| (304) 558-0664 | (202) 357-6406 | (800) 378-9581 | (360) 650-3440 | (502) 564-4720 | (212) 621-1585 |
| (701) 235-7311 | (717) 787-6181 | (651) 296-6125 | (617) 565-3200 | (505) 830-6400 | (601) 359-3824 |
| (202) 872-8600 | (703) 883-4000 | (323) 965-3998 | (212) 556-1234 | (817) 652-7800 | (305) 597-4610 |
| (505) 476-0730 | (505) 476-0700 | (305) 536-4700 | (817) 652-7800 | (509) 527-5176 | (785) 296-3229 |
| (504) 310-7700 | (617) 748-4273 | (866) 558-0664 | (716) 846-4441 | (202) 334-6000 | (303) 361-0600 |
| (202) 307-3052 | (202) 942-7040 | (312) 353-2390 | (409) 896-5555 | (800) 533-4668 | (800) 249-8683 |
| (409) 727-8172 | (505) 827-4925 | (267) 299-4956 | (305) 361-0600 | (505) 767-6700 | (202) 514-0208 |
| (202) 942-3147 | (212) 416-8882 | (505) 768-4031 | (202) 393-8400 | (310) 380-5453 | (202) 347-6357 |
| (212) 748-8000 | (903) 794-3311 | (415) 705-2500 | (206) 870-2200 | (404) 817-1300 | (608) 266-1880 |
| (617) 424-5900 | (406) 859-8683 | (684) 633-4131 | (704) 344-6682 | (973) 334-6615 | (505) 246-2222 |
| (877) 275-3342 | (860) 808-5020 | (202) 942-8088 | (907) 271-5001 | (781) 794-5500 | (573) 751-2301 |
| (215) 597-3100 | (701) 235-7311 | (903) 798-3046 | (409) 835-2141 | (404) 562-1655 | (206) 870-2200 |
| (800) 613-6713 | (603) 271-3650 | (404) 842-7600 | (310) 380-5660 | (202) 608-2000 | (408) 808-3859 |
| (603) 225-5501 | (202) 252-6020 | (573) 751-4144 | (312) 353-2713 | (907) 271-5001 | (800) 947-3529 |
| (303) 844-1000 | (670) 236-9765 | (418) 445-2684 | (201) 334-6420 | (800) 424-2921 | (334) 229-0700 |
| (817) 978-3821 | (504) 310-7719 | (202) 942-7614 | (505) 277-2121 | (310) 380-5660 | (312) 382-7500 |
| (888) 851-1920 | (312) 793-6306 | (215) 597-2995 | (202) 514-6370 | (816) 426-5705 | (785) 296-4564 |
| (312) 603-5030 | (603) 271-3242 | (860) 808-5020 | (415) 596-0160 | (409) 983-4256 | (214) 754-0098 |
| (404) 331-4583 | (800) 755-1030 | (312) 353-6234 | (404) 562-1655 | (817) 652-7840 | (609) 984-1900 |
| (603) 271-3650 | (717) 783-0736 | (937) 225-2576 | (409) 833-7512 | (404) 562-1666 | (409) 892-6622 |
| (215) 861-3031 | (207) 780-3257 | (855) 411-2372 | (630) 377-8177 | (409) 896-5555 | (609) 393-3367 |
| (608) 266-7342 | (757) 441-3373 | (225) 389-3982 | (206) 553-0870 | (310) 380-5461 | (816) 234-8000 |
| (210) 805-2423 | (212) 805-0175 | (919) 790-2817 | (573) 751-4144 | (650) 377-8177 | (609) 292-3760 |
| (302) 739-4156 | (307) 777-7316 | (208) 334-2210 | (402) 471-3731 | (202) 418-1440 | (612) 725-3437 |
| (313) 226-2695 | (303) 969-6931 | (256) 832-1271 | (409) 840-4444 | (503) 986-5555 | (609) 989-7300 |
| (302) 739-8091 | (804) 786-2251 | (312) 793-1332 | (415) 522-2000 | (901) 685-1603 | (207) 624-5800 |
| (415) 281-7094 | (808) 541-2745 | (802) 828-3171 | (505) 344-5589 | (334) 954-3935 | (405) 521-2163 |
| (360) 357-2077 | (302) 730-4155 | (802) 828-3657 | (503) 788-5228 | (202) 606-2525 | (202) 514-3642 |
| (608) 266-1880 | (787) 266-5242 | (804) 321-8428 | (608) 266-7343 | (603) 796-6600 | (615) 862-5181 |

**(5)**

| | | | | **(6)** | |
|---|---|---|---|---|---|
| (304) 436-8560 | (208) 542-4324 | (304) 594-1111 | (208) 382-7107 | (304) 765-2837 | (304) 847-2421 |
| (208) 322-8844 | (804) 225-3132 | (208) 454-6894 | (208) 934-4861 | (208) 365-4561 | (208) 245-3241 |
| (919) 733-2821 | (304) 436-8532 | (913) 967-3000 | (432) 333-7740 | (213) 894-1000 | (208) 287-7564 |
| (208) 253-4561 | (208) 799-3050 | (304) 675-4400 | (208) 788-5505 | (208) 495-2421 | (304) 587-4256 |
| (701) 328-3954 | (809) 774-5984 | (918) 581-7951 | (208) 886-2173 | (304) 558-2601 | (208) 287-7561 |
| (304) 487-8371 | (304) 336-8078 | (304) 255-2161 | (304) 765-2807 | (208) 287-7544 | (304) 462-7241 |
| (432) 580-6397 | (208) 852-1090 | (208) 886-2458 | (208) 736-4172 | (502) 582-6082 | (208) 287-7541 |
| (670) 322-9982 | (208) 766-4116 | (612) 348-1757 | (888) 554-8324 | (208) 642-6000 | (208) 287-7534 |
| (614) 466-2613 | (804) 291-2600 | (208) 644-2600 | (208) 678-7152 | (901) 544-0115 | (800) 344-9881 |
| (304) 766-3221 | (208) 226-7612 | (505) 823-7777 | (208) 788-5548 | (208) 287-7551 | (504) 589-2329 |
| (405) 521-2931 | (360) 753-3860 | (304) 927-2750 | (208) 414-3925 | (304) 473-8510 | (304) 847-2062 |
| (304) 255-9135 | (208) 334-5170 | (304) 296-8841 | (303) 866-1300 | (305) 536-4491 | (804) 441-3470 |
| (503) 986-0082 | (208) 340-2313 | (515) 284-4391 | (208) 788-5526 | (414) 297-4431 | (304) 624-8640 |
| (208) 236-7350 | (304) 558-0220 | (208) 438-9511 | (313) 226-7636 | (414) 297-1111 | (510) 637-8230 |
| (717) 787-6883 | (202) 934-4221 | (206) 226-6300 | (208) 287-6887 | (208) 736-4036 | (304) 296-8783 |
| (208) 752-1264 | (608) 266-0180 | (208) 736-4004 | (415) 534-6550 | (208) 587-2130 | (405) 231-4911 |
| (809) 723-2115 | (208) 799-3020 | (907) 271-5015 | (208) 236-7277 | (612) 335-4040 | (208) 446-1651 |
| (304) 255-2161 | (307) 777-5964 | (208) 236-7340 | (304) 296-9364 | (304) 799-4604 | (215) 451-5800 |
| (401) 277-3880 | (304) 442-3167 | (415) 358-5130 | (208) 282-7554 | (208) 287-7531 | (208) 436-9041 |
| (803) 734-2696 | (202) 347-6357 | (304) 526-8608 | (209) 487-5793 | (304) 293-2121 | (208) 262-2242 |
| (208) 828-4362 | (208) 945-2236 | (213) 894-5200 | (208) 245-3212 | (208) 736-4092 | (602) 640-5072 |
| (665) 773-3131 | (314) 539-7770 | (208) 937-2861 | (803) 241-4400 | (208) 574-4213 | (208) 324-8811 |
| (615) 741-1707 | (208) 245-3212 | (619) 557-6184 | (304) 357-0361 | (208) 287-7500 | (208) 446-1221 |
| (208) 764-2242 | (504) 589-6361 | (208) 267-5504 | (808) 541-3120 | (304) 357-0440 | (919) 856-4064 |
| (512) 463-5535 | (817) 978-2921 | (973) 645-2100 | (304) 357-0364 | (304) 357-0362 | (304) 792-8580 |
| (304) 647-6626 | (208) 265-7432 | (304) 647-6621 | (713) 209-3320 | (208) 265-1432 | (804) 278-4651 |
| (801) 533-5895 | (713) 718-4622 | (505) 243-4411 | (317) 226-7212 | (913) 551-5655 | (210) 229-4810 |
| (304) 526-8622 | (304) 526-8686 | (304) 526-8603 | (304) 429-8223 | (304) 526-8612 | (304) 357-0365 |
| (802) 828-3291 | (210) 229-6140 | (787) 766-5347 | (601) 965-4537 | (615) 736-5820 | (619) 557-7235 |
| (304) 792-8556 | (208) 454-6626 | (317) 226-7430 | (501) 324-5060 | (201) 645-6383 | (304) 792-8570 |
| (617) 939-0800 | (615) 827-9779 | (701) 255-0460 | (505) 243-4411 | (505) 823-7777 | (505) 884-7777 |

**Top half:**

| | (3.) | | [2.] | | (4) |
|---|---|---|---|---|---|
| (208)459-5305 | (304)466-7103 | (800)666-4888 | (304)243-2359 | (800)893-7755 | (304)624-8593 |
| (304)732-7262 | (208)454-7371 | (208)414-1700 | (304)457-1700 | (208)745-6636 | (800)263-1549 |
| (304)872-7810 | (304)732-8200 | (215)854-2000 | (208)356-8396 | (304)367-4141 | (208)782-3160 |
| (212)416-2000 | (800)344-5231 | (304)252-0671 | (208)354-2905 | (208)756-2815 | (208)529-1350 |
| (800)995-6982 | (208)454-7370 | (208)454-7370 | (208)879-2360 | (304)424-1756 | (304)885-9119 |
| (304)586-0203 | (617)565-6700 | (304)872-7840 | (800)641-5678 | (304)253-7351 | (208)529-1355 |
| (703)854-3400 | (304)255-1511 | (518)431-4135 | (208)624-7332 | (304)436-8560 | (304)696-3160 |
| (304)379-5000 | (304)586-0213 | (208)334-3324 | (304)327-4567 | (800)678-9111 | (208)529-1341 |
| (304)235-0320 | (213)237-5000 | (404)331-2896 | (404)827-1503 | (304)487-8346 | (800)933-6529 |
| (304)772-3017 | (800)372-7245 | (208)454-7371 | (208)236-7244 | (304)462-7316 | (208)529-1350 |
| (208)334-5168 | (304)824-7887 | (304)235-0340 | (304)737-1400 | (304)487-8347 | (800)466-8668 |
| (304)272-6380 | (304)269-8249 | (205)731-1062 | (208)782-3145 | (208)547-2146 | (208)527-3021 |
| (304)272-6360 | (304)645-2311 | (304)296-4000 | (304)384-5248 | (304)829-7611 | (208)374-5304 |
| (202)513-2107 | (304)472-2370 | (304)369-7321 | (208)529-1350 | (304)255-9130 | (304)624-8593 |
| (304)269-7000 | (208)376-7731 | (312)751-8000 | (304)234-3620 | (800)924-2010 | (800)824-3157 |
| (304)272-5486 | (304)845-3505 | (304)758-4811 | (800)642-3499 | (304)255-9128 | (304)624-8620 |
| (800)632-6586 | (208)454-7319 | (212)661-7878 | (304)564-3311 | (208)334-5166 | (208)752-1266 |
| (304)369-8321 | (304)296-1700 | (304)252-9758 | (208)476-5615 | (304)255-9132 | (304)624-8630 |
| (409)880-0730 | (716)551-4932 | (212)702-6000 | (304)234-3794 | (208)236-7250 | (208)340-2318 |
| (304)873-2331 | (410)962-2822 | (304)854-3505 | (208)529-1378 | (304)647-6619 | (304)462-4117 |
| (208)287-7500 | (304)253-8333 | (336)631-5210 | (304)873-1565 | (800)344-8892 | (304)367-5390 |
| (304)689-4298 | (202)208-3000 | (304)845-1727 | (888)384-5249 | (304)647-6621 | (208)529-1341 |
| (212)264-0300 | (304)684-3513 | (813)228-2641 | (208)356-6880 | (208)236-7242 | (304)367-5393 |
| (304)379-7900 | (304)2317 | (304)737-1400 | (304)436-8581 | (304)574-3838 | (208)529-1350 |
| (215)597-7658 | (616)456-2679 | (904)232-5768 | (208)529-1300 | (304)574-4220 | (304)291-7274 |
| (304)643-2164 | (304)873-1565 | (305)536-5391 | (800)766-6067 | (208)983-2751 | (304)637-1332 |
| (412)395-6844 | (216)522-2418 | (304)234-3611 | (304)436-8511 | (304)574-4222 | (304)291-7265 |
| (304)732-3662 | (304)234-3611 | (304)234-3620 | (304)485-7384 | (208)529-1326 | (208)529-1355 |
| (313)226-3200 | (513)684-3686 | (312)353-7520 | (304)436-8512 | (304)357-0366 | (304)357-0367 |
| (304)564-3311 | (304)845-3948 | (304)234-3794 | (208)529-1340 | (304)357-0363 | (304)265-3474 |
| (617)565-6200 | (212)748-8500 | (202)275-7377 | (615)269-4260 | (208)882-8580 | (701)255-0460 |

**Bottom half:**

| | (1.) | | | (2.) | |
|---|---|---|---|---|---|
| (202)347-6352 | (208)446-1107 | (304)340-2318 | (304)788-5150 | (304)530-0230 | ~~~~ |
| (800)283-4562 | (302)577-3540 | (502)564-3757 | (800)732-6204 | (304)252-1112 | (304)599-1200 |
| (304)340-2313 | (304)340-2314 | (504)342-8180 | (304)636-3815 | (304)424-1700 | (505)248-3201 |
| (202)371-2830 | (304)782-5336 | (208)282-3279 | (304)296-4415 | (505)248-5125 | (208)426-1177 |
| (612)341-0755 | (202)724-5613 | (207)287-2724 | (304)263-4100 | (304)357-4750 | (304)424-1796 |
| (888)884-3246 | (208)446-1106 | (410)333-8228 | (304)275-6597 | (304)358-7067 | (404)562-6800 |
| (808)946-7831 | (904)487-2980 | (304)292-8200 | (203)854-3400 | (505)884-9777 | (800)987-2112 |
| (816)421-1388 | (304)445-3300 | (617)927-3668 | (304)264-1947 | (304)252-9758 | (304)424-1721 |
| (800)428-4322 | (404)651-7920 | (208)265-1445 | (304)252-8661 | (915)565-2470 | (410)962-3932 |
| (410)539-6656 | (208)446-1103 | (313)256-3731 | (304)728-3201 | (304)636-2765 | (304)462-3511 |
| (617)951-0010 | (304)647-3188 | (304)252-5100 | (304)822-7442 | (702)388-6416 | (205)731-1359 |
| (208)334-3188 | (208)945-2212 | (612)265-1650 | (304)264-1992 | (304)462-0395 | (304)367-5362 |
| (404)874-7244 | (304)558-6000 | (208)752-1266 | (304)264-1918 | (718)330-7713 | (617)565-3200 |
| (304)379-4075 | (800)632-6586 | (304)558-2686 | (304)822-7442 | (304)636-3815 | (304)291-7240 |
| (303)629-1166 | (671)642-2242 | (866)767-8683 | (304)252-2121 | (414)297-3861 | (304)586-0249 |
| (208)752-1266 | (208)334-2300 | (304)252-2121 | (304)824-3835 | (304)257-4545 | (304)586-0204 |
| (304)558-0664 | (304)340-2317 | (601)359-6030 | (304)728-3231 | (310)235-7352 | (304)255-4227 |
| (208)792-2210 | (304)269-1086 | (314)340-6845 | (304)369-3925 | (304)788-1562 | (304)772-3459 |
| (866)558-0664 | (808)586-0300 | (406)444-6430 | (304)258-8559 | (516)637-3300 | (304)367-5360 |
| (384)242-4076 | (304)558-2606 | (208)334-3864 | (304)272-5486 | (800)727-9933 | (716)246-4441 |
| (907)269-6610 | (208)446-1105 | (402)595-2122 | (901)544-0018 | (304)472-5536 | (304)265-2480 |
| (208)467-8648 | (482)333-7284 | (208)799-3050 | (304)876-5212 | (304)478-4464 | (704)344-6682 |
| (684)633-4347 | (208)334-2149 | (702)687-6630 | (501)324-6311 | (860)240-5322 | (304)424-1756 |
| (602)255-5882 | (208)334-2118 | (304)334-2207 | (304)265-3474 | (304)822-5022 | (312)353-2713 |
| (208)334-2210 | (208)799-3141 | (603)271-2289 | (615)736-5921 | (503)326-3085 | (304)675-4400 |
| (501)324-9766 | (312)814-6750 | (208)983-2726 | (304)253-0802 | (304)329-0047 | (513)684-2851 |
| (916)322-6555 | (208)883-2255 | (609)292-6130 | (303)844-3551 | (808)541-2814 | (304)927-2750 |
| (303)844-2617 | (317)232-1268 | (208)454-6626 | (304)354-6910 | (304)457-3454 | (216)522-2001 |
| (860)566-4770 | (208)799-8057 | (505)827-6490 | (602)379-3361 | (202)663-4494 | (304)675-3480 |
| (913)296-3335 | (519)281-4451 | (212)387-7000 | (304)372-6205 | (304)372-4407 | (214)655-3355 |
| (415)356-5100 | (408)291-7352 | (912)652-4234 | (206)220-6883 | (314)539-7800 | (813)228-2310 |